January 26, 2009

RE: <u>Schump v Grondolsky, et al</u>
# <u>1:09-cv-00164</u>

Dear Court Clerk,

Today, January 26, 2009 I recieved notice from your court advising me that my case was docketed. I noticed while reviewing that the address is wrong. The correct address is below.

Thank You.

Sincerly,

Rod Schump

Rod Schump #15593-045
FCI Ft. Dix
Unit 5852
P.O. Box 2000
Ft. Dix, NJ, 08640

Red Schump 15593-045
Federal Correctional Institution
P.O. Box 2000
Ft. Dix, N.J. 08640

United States District Court.
Court Clerk
P.O. Box 2797
Camden, N.J. 08101