**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RODNEY SCHUMP, | : | |
| | : | Civil Action No. 09-164 (RBK) |
| Plaintiff, | : | |
| | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| JEFF GRONDOLSKY, et al., | : | |
| | : | |
| Defendants. | : | |

**KUGLER**, District Judge

This matter, having been opened by the Court upon Defendants Reiser, Sanchez, Writenour, Lopez, Joanna Wright, Lybrant Wright, Lewars, Pradip Patel, John Chung, Terrero-Leibel, Calaguio, and Grondolosky's (collectively, "Defendants") Motion to Dismiss (Docket Entry No. 17); and the Court having reviewed the submissions and converted said motion to one for summary judgment pursuant to Federal Rule of Civil Procedure 56 (Docket Entry No. 26); and having considered the motion pursuant to FED.R.CIV.P. 78, and for the reasons set forth in the accompanying Opinion filed on this date; and for good cause shown,

IT IS on this 19th day of September 2010,

**ORDERED** that Defendants' Motion for Summary Judgment is hereby granted.

s/Robert B. Kugler
**HONORABLE ROBERT B. KUGLER**
**UNITED STATES DISTRICT JUDGE**